THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for David Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID JOHNSON,　　　　　　　　　　Case No.  CV  09-5606   JSW

　　　　　　　　　　　　　　　　　　　STIPULATION OF DISMISSAL; ORDER
　　　　Plaintiff,

v.

ALAN TONG,

　　　　Defendant.
_____/

　　　　The parties hereto stipulate as follows:

　　　　The parties have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the parties has been fully executed.

　　　　Some parts of the Settlement Agreement are to be performed in the future.  The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth.  The parties request the Court to retain jurisdiction for one year from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

　　　CV  09-5606   JSW　　　　　　　　　　1

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for one year after the date hereof.

Date: April 13, 2010                                        Date: April 13, 2010


S/Suzanne M. Morris,                                        S/Thomas N. Stewart, III,
Attorney for Defendant                                      Attorney for Plaintiff

The Court will retain jurisdiction to enforce the Settlement Agreement for a period of 180 days. The parties may move to extend this time period upon a showing of good cause.

IT IS SO ORDERED:


Date: April 15, 2010                                        _____
                                                            Judge/Magistrate

CV 09-5606 JSW                                              2